DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORDAN PALMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-741

[September 30, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. 14-11451CF10A.

Robert David Malove of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***